United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ALEXIA FOODS LITIGATION

No. C 11-6119 PJH

**ORDER OF REFERENCE**

_____/

The deadline for filing dispositive motions having passed, and no motions having been filed, the above-entitled consolidated action is hereby referred to Magistrate Judge Donna M. Ryu pursuant to Civil Local Rule 72-1 to conduct a settlement conference to occur before July 31, 2013.  The parties will be advised of the time, date, and appearance by notice from Magistrate Judge Ryu.

**IT IS SO ORDERED.**

Dated: April 26, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge